FILED
FEB 19 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR408-WQH |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 8, U.S.C., |
| EDUARDO RAMIREZ-LANDERO (1), ) GILBERTO ROJAS-CASIAN (2), ) | Sec. 1324(a)(1)(A)(i) and (v)(II) - Bringing in Illegal Aliens and Aiding and Abetting |
| Defendants. ) | |

The United States Attorney charges:

On or about January 30, 2008, within the Southern District of California, defendants EDUARDO RAMIREZ-LANDERO and GILBERTO ROJAS-CASIAN, with the intent to violate the immigration laws of the United States, did bring or attempt to bring into the United States an alien, namely, Mario A. Duran-Cerrillo, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II).

DATED: 2/15/08

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:es:San Diego
2/5/08